**Order entered March 29, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00626-CV

### GOLDEN PEANUT COMPANY, LLC D/B/A GOLDEN PEANUT AND TREE NUTS, Appellant

### V.

### GIVE AND GO PREPARED FOODS CORP., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-13535**

## ORDER

Before the Court is appellee Give and Go Prepared Foods Corporation's March 26, 2019 objection to the March 25, 2019 "Oral Argument Exhibits" filed by appellant Golden Peanut Company, LLC d/b/a Golden Peanut and Tree Nuts. Appellee asks this Court to "strike" appellant's "Oral Argument Exhibits" as untimely "additional briefing." Further, during this case's March 26, 2019 oral submission, appellee requested that in the event this Court does not strike those exhibits, appellee be permitted to submit "additional briefing."

We **DENY** appellee's request to strike appellant's "Oral Argument Exhibits" and **GRANT** appellee's request to submit a supplemental brief. We **ORDER** that any supplemental brief submitted by appellee must be filed within ten days of the date of this order and must not

exceed the word count of appellant's "Oral Argument Exhibits," which is 1,750 words. *See* TEX.

R. APP. P. 9.4(i)(1).

/s/     DAVID L. BRIDGES
        PRESIDING JUSTICE
